**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7702**

———————

MICHAEL LEON HILL-BEY,

                                     Petitioner - Appellant,

      versus

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS;
VIRGINIA PAROLE BOARD,

                                   Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-99-415-AM)

———————

Submitted: May 25, 2000                  Decided: June 2, 2000

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Leon Hill-Bey, Appellant Pro Se. Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Leon Hill-Bey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hill-Bey v. Director, Virginia Dep't of Corrections, No. CA-99-415-AM (E.D. Va. Dec. 1, 1999). We also deny Hill-Bey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2